

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00011-CV

**VICKI MCPHERSON AND TIMOTHY MCPHERSON,**

**Appellants**

**v.**

**TEXAS FOREST SERVICE,**

**Appellee**

### From the 85th District Court
### Brazos County, Texas
### Trial Court No. 13-001728-CV-85

## O R D E R

This appeal was referred to mediation on July 31, 2014. We have received notice from the mediator that although the parties did not settle on the day of mediation, they agreed to entertain a proposal by the mediator. The parties were given three weeks to respond to the mediator's proposal.

Accordingly, the Court extends the time to conduct mediation to 28 days from the date of this order.

The parties are again reminded that all other provisions of the order referring the

appeal to mediation, dated July 31, 2014, remain in effect.


PER CURIAM


Before Chief Justice Gray,
       Justice Davis, and
       Justice Scoggins
Mediation extended
Order issued and filed October 30, 2014

